**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4683-16T3

DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE
UNDER THE POOLING AND
SERVICING AGREEMENT
RELATING TO IMPAC SECURED
ASSETS CORP., MORTGAGE PASS
THROUGH CERTIFICATE
SERIES 2006-05,

     Plaintiff-Respondent,

v.

COLLEEN DWYER,

     Defendant-Appellant.

_____

        Submitted January 25, 2019 – Decided February 4, 2019

        Before Judges Simonelli and DeAlmeida.

        On appeal from Superior Court of New Jersey, Chancery Division, Essex County, Docket No. F-050647-14.

        Colleen Dwyer, appellant pro se.

Parker Ibrahim & Berg, LLP and KML Law Group, PC, attorneys for respondent (Kristin M. Mykulak, Ben Z. Raindorf and Charles W. Miller, III, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-4683-16T3